THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. FRED R. CASSMAN, Defendant-Appellant.

(No. 55064;

First District—August 31, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Bellows, Bellows & Magidson, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Nicholas D. Taubert, Assistant State's Attorneys, of counsel,) for the People.

THE HOME INDEMNITY COMPANY, Plaintiff-Appellee, v. LORRAINE HUNTER et al., Defendants-Appellants.

(Nos. 55539-55441 cons.;

First District—August 8, 1972.

*Rehearing denied October 5, 1972.*